No. 549. AMERICAN PROCESSING & SALES CO. *v.* CAMPBELL, COLLECTOR OF INTERNAL REVENUE. C. C. A. 7th. Certiorari denied. *Delbert A. Clithero* and *Herman A. Fischer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Sewall Key, Lee A. Jackson* and *Morton K. Rothschild* for respondent.

No. 550. DENNY *v.* UNITED STATES. C. C. A. 7th. Certiorari denied. *Edmond J. Leeney* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 552. DUNSCOMBE *v.* KANNER, JUDGE. Supreme Court of Florida. Certiorari denied. *T. T. Oughterson* for petitioner. *Solicitor General Perlman* and *Lewis A. Sigler* for respondent.

No. 553. JUSTICE *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied. *Clay S. Crouse* for petitioner.

No. 554. PRINCIPALE *v.* GENERAL PUBLIC UTILITIES CORP. ET AL. C. C. A. 2d. Certiorari denied. Petitioner *pro se. Allen E. Throop* for respondent.

No. 556. KORACH BROS. *v.* CLARK, DIRECTOR OF THE DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE. United States Emergency Court of Appeals. Certiorari denied. *Samuel E. Hirsch* and *Julian H. Levi* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for respondent.